UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61010-CIV-ZLOCH

LUIZ GODOY, on his own behalf
and others similarly situated,

        Plaintiff,

vs.

                                          O R D E R

NEW RIVER PIZZA, INC., et al.,

        Defendants.
_____/

THIS MATTER is before the Court upon Defendants New River Pizza, Inc. and John Wilcox a/k/a Randal Wilcox's Memorandum In Support Of Attorney's Fees (DE 63), which the Court construes as a Motion For Attorney's Fees. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

In this Court's prior Order (DE 61) the Court granted Defendants' Motion To Compel (DE 51). Pursuant to Rule 37, a moving party is entitled to attorneys fees if a court grants its motion to compel and the court provides the opposing party an opportunity to be heard. Certain exceptions to this rule apply, including where the non-moving party's failure to comply is substantially justified. Fed. R. Civ. P 37(a)(4)(A). After reviewing Opt-In Plaintiff Jefferson Bueno's Response To Court's Order To Show Cause (DE 67), the Court finds his failure to appear was substantially justified. Further, the Court notes that Defendants' Memorandum In Support Of Attorney's Fees (DE 63) does

not comport with the dictates of Rule 7.3(B) of the Local Rules of the Southern District of Florida.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendants New River Pizza, Inc. and John Wilcox a/k/a Randal Wilcox's Memorandum In Support Of Attorney's Fees (DE 63), which the Court construes as a Motion For Attorney's Fees, be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this  19th  day of November, 2007.

```
                                    _____
                                    WILLIAM J. ZLOCH
                                    United States District Judge
```

Copies furnished:

All Counsel of Record